ROBERT FARRIS-OLSEN
MORRISON, SHERWOOD WILSON & DEOLA, PLLP
401 North Last Chance Gulch
P.O. Box 557, Helena, Montana 59624-0557
Helena, MT  59601
(406) 442-3261 Phone
(406) 443-7294 Fax
rfolsen@mswdlaw.com

*Attorneys for Plaintiffs*

# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ERICK M. ALSAGER and CRYSTAL L. ALSAGER | ) ) Cause No.: CV 4:18-cv-00148-BMM |
| Plaintiffs | ) ) ) |
| v. | ) ) **NOTICE OF PRELIMINARY** |
| CHERYL HANNANT, and INTERSTATE COUNSELING SERVICE, INC., | ) **SETTLEMENT** ) ) ) |
| Defendants. | ) ) |

　　　　Plaintiffs, Erick M. Alsager and Crystal L. Alsager, through counsel Robert Farris-Olsen, MORRISON, SHERWOOD, WILSON & DEOLA, PLLP, hereby report to the Court that the Plaintiffs have reached a preliminary settlement of this matter with Defendants. The Parties expect to finalize the settlement within the next thirty (30)

days. The Parties will file a Stipulation Of Dismissal With Prejudice once the settlement is finalized.

Dated this 8th day of January, 2019.

/s/ Robert Farris-Olsen
Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA, PLLP
Attorneys for Plaintiffs