Robert Farris-Olsen
Morrison, Sherwood, Wilson & Deola
P.O. Box 557
Helena, MT  59624
(406) 442-3261 Phone
(406) 443-7294 Fax
rfolsen@mswdlaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| ERICK M. ALSAGER and CRYSTAL L. ALSAGER,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL HANNANT, AND INTERSTATE COUNSELING SERVICE, INC.,<br><br>Defendant. | Case No. CV-18-148-GF-BMM<br><br>**NOTICE OF VOLUNTARY DISMISSAL <u>WITH PREJUDICE</u>** |

Plaintiffs, Erick M. Alsager and Crystal L. Alsager, through counsel Robert Farris-Olsen, hereby serves notice pursuant to F. R. Civ. P. 41(a)(1)(A)(i) that they are voluntarily dismissing the above-captioned action in its entirety with prejudice.

Cheryl Hannant and Interstate Counseling Service, Inc., have not appeared or filed an answer herein.

DATED this 12th day of April, 2019.

By: /s/Robert Farris-Olsen
Robert Farris-Olsen
*Attorneys for Plaintiff*

## Certificate of Service

The undersigned hereby certifies that on this 12th day of April, 2019, a true and correct copy of the foregoing document was mailed, first-class postage prepaid, addressed as follows:

Cheryl Hannant
1317 7th St South
Grand View Plaza Apartments
Great Falls, MT 59405

Gregg Smith
SMITH OBLANDER & MEADE, PC
104 2nd Street South, Suite 400
Great Falls, MT 59401
*Attorney for ICS*

/s/Robert Farris-Olsen
Robert Farris-Olsen